| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/1/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 JUN 11 A 11: 03 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly 06 | Pension Payments - State of Maryland Judiciary | $ 42,310.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | World Bank | February 21-23 - Lima, Peru; Seminar with Constitutional Court of Peru. (Transportation, Food & Hotel) |
| 2. | Levin College of Law, University of Florida | May 24-26 - Lima, Peru; Seminar with high court judges and NGO's. (Transportation, Food & Hotel) |
| 3. | Jornal de Justiça (Minas Gerais, Brazil) - for Judge and Mrs. Messitte | August 14-17 - Vitoria/Brasilia/São Paulo, Brazil - Second International Conference of Judges. (Transportation, Food & Hotel) |
| 4. | Amherst College | December 6-8 - Amherst, Massachusetts (Transportation, Food & Hotel) |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | E | Interest | J | T | | | | | |
| 2. PJM/CGM (same as 3 through 24) | E | Dividend | N | T | See Part VIII | | | | |
| 3. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 4. Legg Mason Special Investment Trust | A | Dividend | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | | | | | Buy | 6/28 | J | | |
| 6. Legg Mason Special Investment Trust | | | | | Buy | 12/11 | J | | |
| 7. Euro Pacific Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 8. Washington Mutual Investors Fund Cl A | B | Dividend | L | T | | | | | |
| 9. Washington Mutual Investors Fund Cl A | | | | | Buy | 3/22 | J | | |
| 10. Washington Mutual Investors Fund Cl A | | | | | Buy | 6/21 | J | | |
| 11. Washington Mutual Investors Fund Cl A | | | | | Buy | 12/28 | J | | |
| 12. Pimco Total Return Fund Cl A | A | Dividend | K | T | | | | | |
| 13. Pimco Total Return Fund Cl A | | | | | Buy | 1/3 | J | | |
| 14. Pimco Total Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 15. Pimco Total Return Fund Cl A | | | | | Buy | 3/8 | J | | |
| 16. Pimco Total Return Fund Cl A | | | | | Buy | 5/1 | J | | |
| 17. Pimco Total Return Fund Cl A | | | | | Buy | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Total Return Fund Cl A | | | | | Buy | 7/3 | J | | |
| 19. Pimco Total Return Fund Cl A | | | | | Buy | 8/1 | J | | |
| 20. Pimco Total Return Fund Cl A | | | | | Buy | 9/1 | J | | |
| 21. Pimco Total Return Fund Cl A | | | | | Buy | 10/2 | J | | |
| 22. Pimco Total Return Fund Cl A | | | | | Buy | 11/1 | J | | |
| 23. Pimco Total Return Fund Cl A | | | | | Buy | 12/1 | J | | |
| 24. Pimco Total Return Fund Cl A | | | | | Buy | 12/18 | J | | |
| 25. Chevy Chase Bank, Chevy Chase, MD | A | Interest | N | T | | | | | |
| 26. Heritage Housing Assoc. Waterloo, IA | A | Rent | | | Sell All | 12/31 | J | A | |
| 27. Sun Trust Bank, Chevy Chase, MD | A | Interest | J | T | | | | | |
| 28. DID Venture (5% LTD Partnership int. in apt.) Chicago, IL | D | Rent | | | Sell All | 9/29 | N | G | |
| 29. SM/CGM (Legg Mason Value Trust) | A | Interest | J | T | See Part VIII | | | | |
| 30. ████████████ Rental Property | C | Rent | L | Q | See Part VIII | | | | |
| 31. Montgomery County, MD; Rental Property | C | Rent | M | W | | | | | |
| 32. SM/CGM (same as #33 through #56) | B | Dividend | M | T | See Part VIII | | | | |
| 33. Legg Mason Emerging Markets Trust | A | Dividend | | | Sell All | 10/24 | K | D | |
| 34. Legg Mason Value Trust | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Mutual Investors Fund Cl A | A | Dividend | L | T | | | | | |
| 36. Washington Mutual Investors Fund Cl A | | | | | Buy | 3/22 | J | | |
| 37. Washington Mutual Investors Fund Cl A | | | | | Buy | 9/20 | J | | |
| 38. Washington Mutual Investors Fund Cl A | | | | | Buy | 12/28 | J | | |
| 39. Legg Mason Opp. Trust | A | Dividend | K | T | | | | | |
| 40. Legg Mason Opp. Trust | | | | | Buy | 6/27 | J | | |
| 41. Legg Mason Opp. Trust | | | | | Buy | 12/28 | J | | |
| 42. New Perspective Fund | A | Dividend | K | T | | | | | |
| 43. Delaware Int. Value Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 44. Pimco Real Return Fund Cl A | A | Dividend | K | T | | | | | |
| 45. Pimco Real Return Fund Cl A | | | | | Buy | 1/3 | J | | |
| 46. Pimco Real Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 47. Pimco Real Return Fund Cl A | | | | | Buy | 3/8 | J | | |
| 48. Pimco Real Return Fund Cl A | | | | | Buy | 5/1 | J | | |
| 49. Pimco Real Return Fund Cl A | | | | | Buy | 6/1 | J | | |
| 50. Pimco Real Return Fund Cl A | | | | | Buy | 7/3 | J | | |
| 51. Pimco Real Return Fund Cl A | | | | | Sell | 8/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Real Return Fund Cl A | | | | | Buy | 9/1 | J | | |
| 53. Pimco Real Return Fund Cl A | | | | | Buy | 10/2 | J | | |
| 54. Pimco Real Return Fund Cl A | | | | | Buy | 11/1 | J | | |
| 55. Pimco Real Return Fund Cl A | | | | | Buy | 12/1 | J | | |
| 56. Pimco Real Return Fund Cl A | | | | | Buy | 12/18 | J | | |
| 57. Promissory Note - Clementine Gallery, New York, NY | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

#2. Legg Mason was taken over by Citigroup as of March 1, 2006. After that date, all former Legg Mason accounts were under management of Citigroup. "CGM" stands for Citigroup Global Mkts., Inc.

#29. See Note 2, supra.

#30. Date of Appraisal: 07/03/2003

#32. See Note 2, supra.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 6/6/07

NOTE: ANY INDIV... KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SA... (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/1/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -7 A 10: 14 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Monthly 05 | Pension Payments - State of Maryland Judiciary | $ 42,310.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | World Bank | February 21-23 - Lima, Peru; Seminar with Constitutional Court of Peru. (Transportation, Food & Hotel) |
| 2. | Levin College of Law, University of Florida | May 24-26 - Lima, Peru; Seminar with high court judges and NGO's. (Transportation, Food & Hotel) |
| 3. | Jornal de Justiça (Minas Gerais, Brazil) - for Judge and Mrs. Messitte | August 14-17 - Vitoria/Brasilia/São Paulo, Brazil - Second International Conference of Judges. (Transportation, Food & Hotel) |
| 4. | Amherst College | December 6-8 - Amherst, Massachusetts (Transportation, Food & Hotel) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Messitte, Peter J | 05/1/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | E | Interest | J | T | | | | | |
| 2. PJM/CGM (same as 3 through 24) | E | Dividend | N | T | See PartVIII | | | | |
| 3. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 4. Legg Mason Special Investment Trust | A | Dividend | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | | | | | Buy | 6/28 | J | | |
| 6. Legg Mason Special Investment Trust | | | | | Buy | 12/11 | J | | |
| 7. Euro Pacific Growth Fund Cl A | A | Dividend | K | T | | | | | |
| 8. Washington Mutual Investors Fund Cl A | B | Dividend | L | T | | | | | |
| 9. Washington Mutual Investors Fund Cl A | | | | | Buy | 3/22 | J | | |
| 10. Washington Mutual Investors Fund Cl A | | | | | Buy | 6/21 | J | | |
| 11. Washington Mutual Investors Fund Cl A | | | | | Buy | 12/28 | J | | |
| 12. Pimco Total Return Fund Cl A | A | Dividend | K | T | | | | | |
| 13. Pimco Total Return Fund Cl A | | | | | Buy | 1/3 | J | | |
| 14. Pimco Total Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 15. Pimco Total Return Fund Cl A | | | | | Buy | 3/8 | J | | |
| 16. Pimco Total Return Fund Cl A | | | | | Buy | 5/1 | J | | |
| 17. Pimco Total Return Fund Cl A | | | | | Buy | 6/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pimco Total Return Fund Cl A | | | | | Buy | 7/3 | J | | |
| 19. Pimco Total Return Fund Cl A | | | | | Buy | 8/1 | J | | |
| 20. Pimco Total Return Fund Cl A | | | | | Buy | 9/1 | J | | |
| 21. Pimco Total Return Fund Cl A | | | | | Buy | 10/2 | J | | |
| 22. Pimco Total Return Fund Cl A | | | | | Buy | 11/1 | J | | |
| 23. Pimco Total Return Fund Cl A | | | | | Buy | 12/1 | J | | |
| 24. Pimco Total Return Fund Cl A | | | | | Buy | 12/18 | J | | |
| 25. Chevy Chase Bank, Chevy Chase, MD | A | Interest | N | T | | | | | |
| 26. Heritage Housing Assoc. Waterloo, IA | A | Rent | K | W | Sell All | | | | |
| 27. Sun Trust Bank, Chevy Chase, MD | A | Interest | J | T | | | | | |
| 28. DID Venture (5% LTD Partnership int. in apt.) Chicago, IL | D | Rent | J | T | Sell All | 9/29 | N | | |
| 29. SM/CGM (Legg Mason Value Trust) | A | Interest | J | T | See PartVIII | | | | |
| 30. ▓▓▓▓▓▓▓ Rental Property | C | Rent | L | Q | | | | | |
| 31. Montgomery County, MD; Rental Property | C | Rent | M | W | | | | | |
| 32. SM/CGM (same as #33 through #56) | B | Dividend | M | T | See PartVIII | | | | |
| 33. Legg Mason Emerging Markets Trust | A | Dividend | K | T | Sell All | 10/24 | K | D | |
| 34. Legg Mason Value Trust | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Mutual Investors Fund Cl A | A | Dividend | L | T | | | | | |
| 36. Washington Mutual Investors Fund Cl A | | | | | Buy | 3/22 | J | | |
| 37. Washington Mutual Investors Fund Cl A | | | | | Buy | 9/20 | J | | |
| 38. Washington Mutual Investors Fund Cl A | | | | | Buy | 12/28 | J | | |
| 39. Legg Mason Opp. Trust | A | Dividend | K | T | | | | | |
| 40. Legg Mason Opp. Trust | | | | | Buy | 6/27 | J | | |
| 41. Legg Mason Opp. Trust | | | | | Buy | 12/28 | J | | |
| 42. New Perspective Fund | A | Dividend | K | T | | | | | |
| 43. Delaware Int. Value Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 44. Pimco Real Return Fund Cl A | A | Dividend | K | T | | | | | |
| 45. Pimco Real Return Fund Cl A | | | | | Buy | 1/3 | J | | |
| 46. Pimco Real Return Fund Cl A | | | | | Buy | 3/1 | J | | |
| 47. Pimco Real Return Fund Cl A | | | | | Buy | 3/8 | J | | |
| 48. Pimco Real Return Fund Cl A | | | | | Buy | 5/1 | J | | |
| 49. Pimco Real Return Fund Cl A | | | | | Buy | 6/1 | J | | |
| 50. Pimco Real Return Fund Cl A | | | | | Buy | 7/3 | J | | |
| 51. Pimco Real Return Fund Cl A | | | | | Sell | 8/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 05/1/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Real Return Fund Cl A | | | | | Buy | 9/1 | J | | |
| 53. Pimco Real Return Fund Cl A | | | | | Buy | 10/2 | J | | |
| 54. Pimco Real Return Fund Cl A | | | | | Buy | 11/1 | J | | |
| 55. Pimco Real Return Fund Cl A | | | | | Buy | 12/1 | J | | |
| 56. Pimco Real Return Fund Cl A | | | | | Buy | 12/18 | J | | |
| 57. Promissory Note - Clementine Gallery, New York, NY | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#2. Legg Mason was taken over by Citigroup as of March 1, 2006. After that date, all former Legg Mason accounts were under management of Citigroup. "CGM" stands for Citigroup Global Mkts., Inc.

#29. See Note 2, supra.

#32. See Note 2, supra.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/1/07___

NOTE: ANY INDIVIDUAL W̶̶̶̶̶̶̶̶FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544